UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:12 CR 111 FDW |
| | ) | |
| SELVIN FUENTES-PORTILA | ) | |

Leave of Court is hereby granted for the dismissal of COUNT TWO of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: June 25, 2012

Frank D. Whitney
United States District Judge